■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN CRESPO, Appellant. [643 NYS2d 1010]

Contrary to the defendant's contentions, he was not denied the effective assistance of counsel at trial. The record shows that defense counsel vigorously pursued all colorable claims *(see, People v Garcia,* 75 NY2d 973).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Mangano, P. J., Rosenblatt, Ritter and Copertino, JJ., concur.